IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LOCAL UNION NO. 98 INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, et al., Plaintiffs, | : : : : : | CIVIL ACTION |
| v. | : : | |
| CHESTER COUNTY ELECTRIC, INC., Defendant. | : : : : | No. 12-3440 |

## JUDGMENT AND ORDER

**AND NOW**, this **8th** day of **October, 2013**, upon consideration of Plaintiffs' Motion to Enter Default Judgment Against Defendant Chester County Electric, Inc., and for the reasons provided in this Court's Memorandum dated October 8, 2013, it is hereby **ORDERED** that:

1. The motion (Document No. 4) is **GRANTED**.

2. Judgment is entered in the amount of $133,320.37 for Plaintiffs and against Defendant.

3. The Court awards to Plaintiffs' counsel $12,605.58 in reasonable attorneys' fees and costs.

4. The Clerk of Court is directed to close this case.

BY THE COURT:

_____
**Berle M. Schiller, J.**